UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION   * <br> OF THE UNITED STATES OF AMERICA   * <br> FOR AN ORDER: DIRECTING ALABAMA   * <br> POWER COMPANY TO FURNISH   * <br> INFORMATION, FACILITIES, AND   * <br> TECHNICAL ASSISTANCE NECESSARY   * <br> TO ACCESS 120 VOLT ALTERNATING   * <br> CURRENT FROM CIRCUITS LOCATED ON   * <br> FRY STREET IN MOBILE, ALABAMA   * <br> BETWEEN STRAIGHT STREET AND   * <br> GEORGE STREET | MAG NO. 06-0123-M <br><br> **FILE UNDER SEAL** |

**APPLICATION**

The United States of America, by its attorneys, Deborah J. Rhodes, United States Attorney for the Southern District of Alabama, and George F. May, Assistant United States Attorney for the said district, moves this Court, pursuant to the All Writs Act, 28 U.S.C. § 1651, to direct the Alabama Power Company to furnish forthwith to agents of the Federal Bureau of Investigation all of the information, facilities, and technical assistance necessary to access 120 volt alternating current from circuits located on Fry Street in Mobile, Alabama between Straight Street and George Street. This location is on public property.

In support of this Application, the United States represents as follows:

1. Agents of the Federal Bureau of Investigation and Task Force Agents have been engaged in an investigation of violations of federal laws, including 18 U.S.C. 2339B and 2339C. The vicinity of Fry Street in Mobile, Alabama between Straight Street and George Street is a location used by persons suspected of committing the above

offenses in order to discuss and carry out said offenses.

2. It is believed that information concerning the aforementioned offenses, as well as the perpetrators thereof, may be discovered by surveillance equipment that has the benefit of the above supplied electrical power.

WHEREFORE, it is respectfully requested that this Court grant an Order (1) directing Alabama Power Company to furnish to agents of the Federal Bureau of Investigation all information, facilities, and technical assistance necessary to access 120 volt alternating current from circuits located on Fry Street in Mobile, Alabama between Straight Street and George Street, and (2) that the Court seal this Application and the Court's Order.

Respectfully submitted,

DEBORAH J. RHODES
UNITED STATES ATTORNEY

_____
George F. May
Assistant United States Attorney
MAY0534